UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ULYSSES GRANT,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>RICK HILL, Warden, et al.,<br><br>　　　　　　　　　Respondent. | Case No.: 11-CV-3015-JAH-DEB<br><br>**ORDER LIFTING THE STAY AND GRANTING UNOPPOSED MOTION FOR AN ORDER EXTENDING TIME TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

On June 25, 2020, Petitioner Willie Ulysses Grant filed a motion to lift the stay and for extension of time to file a Second Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. *See* Doc. No. 59. Upon consideration of the motion, IT IS HEREBY ORDERED Petitioner's motion is **GRANTED**. Accordingly, the stay is hereby lifted. Petitioner must file a motion for leave to file a Second Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 that shall include a proposed Second Amended Petition containing all grounds for relief on or before **August 25, 2020.**

　　　**IT IS SO ORDERED.**

DATED:   June 30, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　United States District Judge